UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TONY GARCIA,

              Supervisee.

No. 16-cr-719-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The violation of supervised release conference currently scheduled to be held on Monday, December 16, 2019 at 3:00 p.m. in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007, shall now take place in Courtroom 11A.

SO ORDERED.

Dated:    December 13, 2019
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation