UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

-v-

TONY GARCIA,

              Supervisee.

No. 16-cr-719-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court held a violation of supervised release conference on the two specifications set forth in the Probation Office's December 16, 2019 report on December 16, 2019, during which the Supervisee denied both specifications. An evidentiary hearing regarding those specifications shall take place on Wednesday, January 22, 2020 at 10:00 a.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007.

SO ORDERED.

Dated:     December 16, 2019
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation