UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2020

UNITED STATES OF AMERICA

-v-

No. 16-cr-719-2 (RJS)
ORDER

TONY GARCIA,

Supervisee.

RICHARD J. SULLIVAN, Circuit Judge:

The evidentiary hearing currently scheduled to be held on Wednesday, January 22, 2020

at 10:00 a.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500

Pearl St., New York, New York, 10007, shall now take place in Courtroom 11B.

SO ORDERED.

Dated:     January 10, 2020
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation