UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TONY GARCIA,

              Supervisee.

---

No. 16-cr-719-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On January 22, 2020, Supervisee admitted to the two specifications set forth in the Probation Office's December 16, 2019 amended violation of supervised release report. IT IS HEREBY ORDERED THAT sentencing shall take place on Wednesday, February 26, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007. The Probation Office is directed to provide an updated report and sentencing recommendation by Wednesday, February 5, 2020. The government's sentencing submission is due by Wednesday, February 12, 2020 and Supervisee's sentencing submission is due by Wednesday, February 19, 2020.

SO ORDERED.

Dated:     January 22, 2020
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation