UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TONY GARCIA,

                Supervisee.



No. 16-cr-719-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The sentencing currently scheduled to be held on Wednesday, February 26, 2020 at 10:00 a.m. in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York, 10007, shall now take place in Courtroom 15A.

SO ORDERED.

Dated:    February 25, 2020
             New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation