UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TONY GARCIA,<br><br>                Defendant. | No. 16-cr-719-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT, by April 3, 2020, defense counsel shall respond to the government's March 30, 2020 letter, particularly with respect to whether Defendant exhausted his administrative remedies before making his motion.

SO ORDERED.

Dated:      March 31, 2020
               New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation