UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 16-cr-719-2 (RJS) <br> <u>ORDER</u> |
| TONY GARCIA, | |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

  IT IS HEREBY ORDERED THAT the government shall file a letter by Friday, May 8, 2020 setting forth its position on Defendant's motion for compassionate release from custody (Doc. No. 275).

SO ORDERED.

Dated:  May 4, 2020
     New York, New York

                 _____
                 RICHARD J. SULLIVAN
                 UNITED STATES CIRCUIT JUDGE
                 Sitting by Designation