**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
**Thomasdunnlaw@aol.com**

**By ECF & Email**

May 21, 2020

Honorable Richard J. Sullivan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re: U.S. v. Tony Garcia,
         16 Cr. 719 (RJS)

Dear Judge Sullivan

      I write to request that your Honor issue an order assigning me to represent Mr. Tony Garcia pursuant to the Criminal Justice Act concerning his application for compassionate release because of the COVID-19 process. I request that the assignment be *nunc pro tunc* to March 21, 2020.

      Thank you for your consideration of this request.

          Respectfully yours,
          /s/
          Thomas F. X. Dunn

IT IS HEREBY ORDERED THAT counsel's request is GRANTED.  The Clerk of Court is respectfully directed to appoint Thomas F. X. Dunn *nunc pro tunc* to March 21, 2020.

SO ORDERED_____
Dated: 5/28/20
          RICHARD J. SULLIVAN
          U.S.D.J.